ROBERT HOWARD, Respondent, v. HARRY W. SHERMAN, Appellant.— Defendant appeals (1) from an order denying defendant's motion to vacate a judgment entered against him by confession; (2) from an order denying defendant's motion for a reargument and renewal of his previous motion; and (3) from an order denying defendant's motion to resettle the original order. Order denying defendant's motion to vacate the judgment affirmed, with ten dollars costs and disbursements. No opinion. In view of the foregoing, the appeal from the order denying defendant's motion for reargument or for other relief, and the appeal from the order denying defendant's motion to resettle said order are dismissed, without costs. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.

In the Matter of the Rehabilitation of BOND AND MORTGAGE GUARANTEE COMPANY. In the Matter of a Plan of Readjustment, etc., of the Rights of the Holders of Investments in a Certain Mortgage Covering Premises Known as the Salisbury Golf Courses, Whaleneck Road, East Meadow, Nassau County, Long Island, New York, Guaranteed by Bond and Mortgage Guarantee Company, and Designated as Guarantee No. 171,038. PARAGON LAND CORP., Appellant; JOSEPH P. DAY and Others, Trustees, etc., Respondents.— Appeal by Paragon Land Corp. from an order of the Supreme Court denying its motion to resettle an earlier order. Order affirmed, with ten dollars costs and disbursements, without prejudice to the right of the parties or of the court to select for printing only such papers or parts of papers submitted to and considered by the court as may be material and necessary to the determination of the questions raised on the appeal. (Rules Civ. Prac. rule 232, ¶ 3; *Boylan* v. *Southern Pacific Company*, 253 App. Div. 195; *Holl* v. *Builders Construction Co.*, 127 id. 727.) The circumstance that the respondents have expressed their willingness that the appellant should print all the papers which it may wish to print is of no moment. It is for the courts to say whether they will accept records or appeal books cumbered with a mass of immaterial and unnecessary papers. (*Boylan Case, supra*.) Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.